**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HERBERT JOHN LICKLITER II, | NO. CV 16-6094-AS |
| Petitioner, | **JUDGMENT** |
| v. | |
| JOHN SUTTON, Acting Warden, | |
| Respondent. | |

Pursuant to the "Opinion and Order on a Petition for Writ of Habeas Corpus,"

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: November 17, 2016.

/S/
ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE